

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2025

No. 04-25-00395-CV

**PACK ENTERPRISES, LLC**, d/b/a Bosque Construction,
Appellant

v.

Lance **HAMPEL**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 24-17881
Honorable Albert D. Pattillo, III, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is **DISMISSED FOR WANT OF JURISDICTION**. Costs of this appeal are taxed against appellant, Pack Enterprises, LLC, d/b/a Bosque Construction.

It is so **ORDERED** on October 8, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court